THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **T.M.R.,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:25-cv-00278-CHW |
| | : | |
| v. | : | |
| | : | Social Security Appeal |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 15). In light of that request,[2] the Court hereby **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner, through the ALJ, will afford Plaintiff an opportunity for a supplemental hearing and issue a new decision.

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 30th day of December, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

[2] Defense counsel contacted Plaintiff's counsel, but as of the filing of the motion, Plaintiff's position on the motion is unknown. *See* (Doc. 15).