IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRACY MICHELLE ROBINSON,                    *

            Plaintiff,                            *

v.                                                          Case No 5:25-cv-00278-CHW.

                                   *

COMMISSIONER OF SOCIAL SECURITY,            *

            Defendant.                            *

                                   *

## **J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 30th day of December, 2025.

                                   David W. Bunt, Clerk


                                   s/ Erin Pettigrew, Deputy Clerk