**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

T.R.,                                               :
                                                    :
          **Plaintiff,**                         :
                                                    :
       **v.**                                    :     **No. 5:25-cv-278-CHW**
                                                    :
**COMMISSIONER OF**                          :     **Social Security Appeal**
**SOCIAL SECURITY**                          :
                                                    :
        **Defendant.**                         :
_____ :

## ORDER

Before the Court is an unopposed motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, following this Court's order remanding the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Docs. 16–18).

Plaintiff asks for attorney's fees in the amount of $8,965.36 for 34.4 hours expended in litigating this case and costs in the amount of $405.00. (Docs. 18-1; 18-3). The Commissioner does not oppose Plaintiff's request, the requested hours appear within a reasonable range, and the rate requested by Plaintiff appears to comport with the Court's CPI formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. Mar. 24, 2011).

It is accordingly **ORDERED** that Plaintiff's unopposed motion for EAJA fees (Doc. 18) be **GRANTED**, and that <u>Plaintiff be awarded $8,965.36 in attorney's fees and costs in the amount of $405.00</u>. This award should be made payable to Plaintiff directly. *Astrue v.*

*Ratliff*, 560 U.S. 586, 589 (2010). If, however, the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner may accept Plaintiff's assignment of EAJA attorney's fees and pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED**, this 23rd day of February, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge