IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRACY MICHELLE ROBINSON,                    *

          Plaintiff,                              *

v.                                          Case No.    5:25-cv-00278-CHW

                             *

COMMISSIONER OF SOCIAL SECURITY,

                             *

          Defendant.

_____    *

## J U D G M E N T

Pursuant to the Order of this Court filed February 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,965.36 and costs in the amount of $405.00.

This 24th day of February, 2026.

                             David W. Bunt, Clerk

                             s/  Erin Pettigrew, Deputy Clerk